McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 08-00217-JAM |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | AND FINDING EXCLUDABLE TIME |
| ALEXSANDR BERNIK, ) | |
| Defendant. ) | |

This case is set for a status conference before the Court on October 7, 2008. The parties request that the Court continue the matter to October 14, 2008, at 9:30 a.m., and exclude time under Local Code T4. The parties continue to engage in an exchange of information, including prosecution and defense theories of the case, and are endeavoring to reach a possible plea agreement.

ACCORDINGLY, the parties request that status conference set for October 7, 2008, at 9:30 a.m. be continued to October 14, 2008, at 9:30 a.m. in Courtroom No. 6. Pursuant to the agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time from October 7, 2008 through October 14, 2008, shall be

excluded pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

    IT IS SO STIPULATED.

DATED: October 3, 2008        McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Courtney J. Linn
                                    COURTNEY J. LINN
                                    Assistant U.S. Attorney

DATED: October 3, 2008

                                    /s/ Joseph Welch
                                    JOSEPH WELCH
                                    Counsel for Alexsandr Bernik

### ORDER

    For good cause shown, the Court ADOPTS the parties' stipulation.  The status conference set for October 7, 2008, at 9:30 a.m. is hereby continued to October 14, 2008, at 9:30 a.m. in Courtroom No. 6.  The Court FINDS, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, grounds for excluding time from October 7, 2008 through October 14, 2008, pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)).

    IT IS SO ORDERED.

DATED: 10/03/2008

                                    /s/ John A. Mendez
                                    HON. JOHN A . MENDEZ
                                    UNITED STATES DISTRICT JUDGE