JOSEPH A. WELCH, ESQ. – SBN 119312          (FOR COURT STAFF USE ONLY)
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorney for Defendant
ALEXSANDR BERNIK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Case No.: 08-00217-JAM** |
| | ) |
| **Plaintiff,** | ) **STIPULATION AND ORDER RE** |
| | ) **SENTENCING HEARING** |
| ALEXSANDR BERNIK, | ) |
| | ) **DATE:    11/18/08** |
| **Defendant.** | ) **TIME:    9:30 a.m.** |
| | ) **COURT:   Hon. John A. Mendez** |
| | ) |
| | ) |
| | ) |
| | ) |

Defendant, Alexsandr Bernik, through his attorney of record, Joseph Welch, and the United

States of America, through Assistant U.S. Attorney Courtney J. Linn, agree as follows:

It is hereby stipulated that the Status Conference currently set for November 18, 2008, be

vacated and a new Status Conference be scheduled on December 16, 2008 at 9:30 a.m., for the

purpose of the Government and defense counsel to engage in a further exchange of information

and negotiations that should result in a change of plea on December 16, 2008.  Mr. Welch will also

be on a pre-paid vacation and therefore unavailable between November 17, 2008 through

December 1, 2008.  The parties agree to exclude time under Local Code T4.

////

PDF created with pdfFactory trial version www.pdffactory.com

1       Accordingly, the parties request that the Status Conference set for November 18, 2008 at

2   9:30 a.m. be continued to December 16, 2008 at 9:30 a.m. in Courtroom No. 6.  Pursuant to the

3   agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18

4   U.S.C. § 3161, et seq., within which trial must commence, the time from November 12, 2008 to

5   December 16, 2008 shall be excluded pursuant to local code T4 (18 U.S.C. §3161()(8)(B)(iv)) in

6   order to afford the parties reasonable time to engage in a further exchange of information and

7

8   negotiations that should result in a change of plea.

9       All counsel have consulted and have agreed to the new dates and have authorized Mr.

10  Welch to sign on their behalf.

11

12                                      Respectfully submitted,

13

14  Dated: November 13, 2008            /S/ Joseph Welch
                                        Joseph Welch
15                                      Attorney for Defendant
                                        ALEXSANDR BERNIK
16

17  DATED: November 13, 2008            McGREGOR W. SCOTT
                                        United States Attorney
18

19                                      /S/ Courtney J. Linn____
                                        Courtney J. Linn
20                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
21

22

23                                 **<u>ORDER</u>**

24       FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently

25  set for November 18, 2008, be vacated and a new Status Conference be scheduled on December

26  16, 2008 at 9:30 a.m. for what is anticipated to be a change of plea.  The Court finds, for the

27  purpose of computing time, under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which

28

PDF created with pdfFactory trial version www.pdffactory.com

1  trial must commence, grounds for excluding time from November 18, 2008 through December 16,

2  2008, pursuant to local code T4 (18 U.S.C. §3161()(8)(B)(iv)).

3

4  DATED: November 13, 2008

5                                                    /s/ John A. Mendez_____
                                                     HON. JOHN A. MENDEZ
6                                                    United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com