| | |
|---|---|
| JOSEPH A. WELCH, ESQ. – SBN 119312<br>**HINTZ & WELCH**<br>1006 4th Street, Suite 220<br>Sacramento, California 95814<br>Telephone: (916) 444-5203<br>Facsimile: (916) 444-8702 | (FOR COURT STAFF USE ONLY) |

Attorney for Defendant
ALEXSANDR BERNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**ALEXSANDR BERNIK**<br><br>Defendants. | Case No.: 08-00217-JAM<br><br>**STIPULATION AND ORDER RE STATUS HEARING**<br><br>DATE: 12/16/08<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

    Defendant, Alexsandr Bernik, through his attorney of record, Joseph Welch, and the United States of America, through Assistant U.S. Attorney Jean Hobler, agree as follows:

    It is hereby stipulated that the Status Conference currently set for December 16, 2008, be vacated and a new Status Conference be scheduled on January 27, 2009 at 9:30 a.m., for the purpose of the Government and defense counsel to engage in a further exchange of information and negotiations that should result in a change of plea on January 27, 2009. The parties agree to exclude time under Local Code T4.

    Accordingly, the parties request that the Status Conference set for December 16, 2008 at 9:30 a.m. be continued to January 27, 2009 at 9:30 a.m. in Courtroom No. 6. Pursuant to the

PDF created with pdfFactory trial version www.pdffactory.com

agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time from December 16, 2008 to January 27, 2009 shall be excluded pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)) in order to afford the parties reasonable time to engage in a further exchange of information and negotiations that should result in a change of plea.

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf.

Respectfully submitted,

Dated: November 13, 2008
/S/ Joseph Welch
Joseph Welch
Attorney for Defendant
ALEXSANDR BERNIK

DATED: November 13, 2008
McGREGOR W. SCOTT
United States Attorney

/S/ Jean Hobler
Jean Hobler
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently set for December 16, 2008, be vacated and a new Status Conference be scheduled on January 27, 2009 at 9:30 a.m. for what is anticipated to be a change of plea. The Court finds, for the purpose of computing time, under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | trial must commence, grounds for excluding time from December 16, 2008 through January 27, |
| 2 | 2009, pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)). |
| 3 | |
| 4 | DATED:   12/12/2008                                            /s/ John A. Mendez_____ |
| 5 | HON. JOHN A. MENDEZ<br>United States District Court Judge |

PDF created with pdfFactory trial version www.pdffactory.com