JOSEPH A. WELCH, ESQ. – SBN 119312  (FOR COURT STAFF USE ONLY)
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorney for Defendant
ALEXSANDR BERNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00217-JAM |
| Plaintiff, | STIPULATION AND ORDER RE STATUS CONFERENCE |
| v. | DATE:   Feb. 3, 2009 |
| ALEXSANDR BERNIK | TIME:   9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

Defendant, Alexsandr Bernik, through his attorney of record, Joseph Welch, and the United States of America, through Assistant U.S. Attorney Jean M. Hobler, agree as follows:

On January 12, 2009, the Court *sua sponte* continued the status conference set for January 27, 2009 to February 3, 2009. Counsel for the United States has a conflict on that date; counsel for defendant has a conflict on each of the subsequent hearing dates of February 10 and February 17, 2009. Thus, the parties jointly stipulate and request that the status conference currently set for February 3, 2009, be continued to February 24, 2009, at 9:30 a.m. Counsel for the Government and defense counsel will use this time to engage in a further exchange of information and negotiations that should result in a change of plea on February 24, 2009. The parties agree to exclude time under Local Code T4.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  Accordingly, the parties request that the Status Conference set for February 3, 2009 at 9:30 a.m. be continued to February 24, 2009 at 9:30 a.m. in Courtroom No. 6.  Pursuant to the agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time from December 16, 2008 to February 24, 2009 shall be excluded pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)) in order to afford the parties reasonable time to engage in a further exchange of information and negotiations that should result in a change of plea.

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf.

                              Respectfully submitted,

Dated: January 13, 2008           /S/ Joseph Welch
                                          Joseph Welch
                                          Attorney for Defendant
                                          ALEXSANDR BERNIK

DATED: January 13, 2008          LAWRENCE G. BROWN
                                          Acting United States Attorney

                                          /S/ Jean M. Hobler
                                          Jean M. Hobler
                                          Assistant U.S. Attorney

///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently set for February 3, 2009, be vacated and a new Status Conference be scheduled on February 24, 2009 at 9:30 a.m. for what is anticipated to be a change of plea. The Court finds, for the purpose of computing time, under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, grounds for excluding time from December 16, 2008 through January 24, 2009, pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)).

DATED:  January 13, 2009                    /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com