LAWRENCE G. BROWN
Acting United States Attorney
Jean M. Hobler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ALEKSANDR BERNIK<br><br>        Defendant. | CASE NO.  2:08-cr-00217-JAM<br><br>[CORRECTED] ORDER CONTINUING STATUS CONFERENCE |

     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently set for February 3, 2009, be vacated and a new Status Conference be scheduled on February 24, 2009 at 9:30 a.m. for what is anticipated to be a change of plea.  The Court finds, for the purpose of computing time, under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, grounds for excluding time from December 16, 2008 through February 24, 2009, pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)).

Date: January 14, 2009        /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge

1