JOSEPH A. WELCH, ESQ. – SBN 119312          (FOR COURT STAFF USE ONLY)
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorney for Defendant
ALEXSANDR BERNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:08-cr-00217-JAM |
| Plaintiff, | **STIPULATION AND ORDER RE STATUS CONFERENCE** |
| v. | DATE: Feb. 24, 2009 |
| **ALEXSANDR BERNIK** | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

Defendant, Alexsandr Bernik, through his attorney of record, Joseph Welch, and the United States of America, through Assistant U.S. Attorney Jean M. Hobler, agree as follows:

The parties jointly stipulate and request that the Status Conference currently set for February 24, 2009, be continued to March 10, 2009, at 9:30 a.m. Counsel for the Government and defense counsel will use this time to engage in a further exchange of information and negotiations that should result in a change of plea on March 10, 2009. The parties agree to exclude time under Local Code T4.

Accordingly, the parties request that the Status Conference set for February 24, 2009 at 9:30 a.m. be continued to March 10, 2009 at 9:30 a.m. in Courtroom No. 6. Pursuant to the

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time from February 24, 2009 to March 10, 2009 shall be excluded pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)) in order to afford the parties reasonable time to engage in a further exchange of information and negotiations that should result in a change of plea.

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf.

Respectfully submitted,

Dated: February 23, 2009          /S/ Joseph Welch
                                  Joseph Welch
                                  Attorney for Defendant
                                  ALEXSANDR BERNIK

DATED: February 23, 2009          LAWRENCE G. BROWN
                                  Acting United States Attorney

                                  /S/ Jean M. Hobler
                                  Jean M. Hobler
                                  Assistant U.S. Attorney

///
///
///
///
///
///
///
////
////

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently set for February 24, 2009, be vacated and a new Status Conference be scheduled on March 10, 2009 at 9:30 a.m. for what is anticipated to be a change of plea. The Court finds, for the purpose of computing time, under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, grounds for excluding time from February 24, 2009 through March 10, 2009, pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)).

DATED: February 24, 2009            /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com