DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEXSANDR BERNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,       )<br>                            )<br>       v.                   )<br>                            )<br> ALEXSANDR BERNIK,          )<br>                            )<br>            Defendant.      )<br>                            )<br>_____) | Cr.S. 08-217-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: June 23, 2009<br>TIME: 9:3 a.m.<br>JUDGE: Hon. John A. Mendez |

   It is hereby stipulated and agreed to between the United States of America through JEAN HOBLER, Assistant U.S. Attorney, and defendant, ALEXSANDR BERNIK by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, June 23, 2009 be continued to Tuesday, July 28, 2009 at 9:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 28, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

prepare] (Local Code T4).

```
DATED: June 18, 2009          Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALEXSANDR BERNIK


DATED: June 18, 2009          LAWRENCE G. BROWN
                              Acting United States Attorney

                              /s/ Benjamin Galloway for
                              Jean Hobler
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 28, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

```
DATED: June 19, 2009           /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge
```