```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEXSANDR BERNIK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-217-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: July 28, 2009 |
| ALEXSANDR BERNIK, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through JEAN HOBLER, Assistant U.S. Attorney, and defendant, ALEXSANDR BERNIK by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, July 28, 2009 be continued to Tuesday, August 18, 2009 at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 18, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: July 21, 2009          Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALEXSANDR BERNIK


DATED: July 21, 2009          LAWRENCE G. BROWN
                              Acting United States Attorney

                              /s/ Benjamin Galloway for
                              Jean Hobler
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 18, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 21, 2009          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Judge