```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ALEXSANDR BERNIK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 08-217-JAM |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: September 29, 2009 |
| ALEXSANDR BERNIK, | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JEAN HOBLER, Assistant U.S. Attorney, and defendant, ALEXSANDR BERNIK by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, September 8, 2009, be continued for a status conference/change of plea hearing to Tuesday, September 29, 2009, at 9:30 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea hearing set

for September 29, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 3, 2009      Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ALEXSANDR BERNIK

DATED: September 3, 2009      LAWRENCE G. BROWN
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      JEAN HOBLER
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 29, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 3, 2009.      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Judge