DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEXSANDR BERNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> ALEXSANDR BERNIK,                )<br>                                  )<br>            Defendant.            )<br> _____ ) | Cr.S. 08-217-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 20, 2009<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

   It is hereby stipulated and agreed to between the United States of America through JEAN HOBLER, Assistant U.S. Attorney, and defendant, ALEXSANDR BERNIK by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, September 29, 2009, be continued for a status conference/change of plea hearing to Tuesday, October 20, 2009, at 9:30 a.m..

   This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to complete that process.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea hearing set

for October 20, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 24, 2009   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
ALEXSANDR BERNIK

DATED: September 24, 2009   LAWRENCE G. BROWN
United States Attorney

/s/ Benjamin Galloway for
JEAN HOBLER
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 20, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 09/24/2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge