BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2909

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00217-JAM |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | MONEY JUDGMENT |
| v. ) | |
| ) | |
| ALEXSANDR BERNIK, ) | |
| ) | |
| Defendant. ) | |

On October 20, 2009, defendant Alexsandr Bernik entered a guilty plea to Counts One and Two of the Indictment, which charges him with wire fraud in violation of 18 U.S.C. § 1343, among other charges.

As part of his plea agreement with the United States, defendant Alexsandr Bernik agreed to forfeit voluntarily and immediately up to $177,486.19, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. § 1343. See Defendant Bernik's Plea Agreement ¶ II.D.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Alexsandr Bernik in the amount of $177,486.19.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Alexsandr Bernik's conviction for violating 18 U.S.C. § 1343 (Counts One and Two). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Secret Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Secret Service, in its secure custody and control.

DATED: 2/11/10                          BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ Jean M. Hobler
                                        JEAN M. HOBLER
                                        Special Assistant U.S. Attorney

///
///
///
///

1

**O R D E R**

2    For good cause shown, the Court hereby imposes a personal
3 forfeiture money judgment against defendant Alexsandr Bernik in the
4 amount of $177,486.19.  Any funds applied towards such judgment
5 shall be forfeited to the United States of America and disposed of
6 as provided for by law.  Prior to the imposition of sentence, any
7 funds delivered to the United States to satisfy the personal money
8 judgment shall be seized and held by the U.S. Secret Service, in its
9 secure custody and control.

10   IT IS SO ORDERED.

11 DATED: February 12, 2010      /s/ John A. Mendez
                                  JOHN A. MENDEZ
12                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28