Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Alexsandr BERNIK |
| **Docket Number:** | 2:08CR00217-01 |
| **Offender Address:** | FCI La Tuna<br>Anthony, NM/TX |
| **Judicial Officer:** | Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/16/2010 |
| **Original Offense:** | 18 USC 1343 (Two Counts) - Wire Fraud<br>(CLASS C FELONIES) |
| **Original Sentence:** | 70 months custody Bureau of Prisons on both Counts (concurrent); 36 months Supervised Release; $1202.75 restitution; $200 special assessment. |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) No new debt or credit; 4) Shall participate in an outpatient correctional treatment program for drug or alcohol abuse; 5) Substance abuse testing; 6) Aftercare co-payment for treatment and testing services. |
| **Type of Supervision:** | Supervised Release |
| **Supervision to Commence:** | 05/31/2013 |
| **Assistant U.S. Attorney:** | Jean Hobler   **Telephone:** 916 554-2700 |
| **Defense Attorney:** | Benjamin D. Galloway   **Telephone:** 916 498-5700 |
| **Other Court Action:** | None |

RE:     Alexsandr BERNIK
        Docket Number:  2:08CR00217-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7.  The defendant shall not be self-employed nor shall the defendant be employed by friends, relatives, associates, or persons previously known to the defendant, unless approved by the Probation Officer; The defendant will not accept or begin employment without the prior approval of the Probation Officer and employment shall be subject to continuous review and verification by the Probation Office; The defendant shall not work for cash and defendant's employment shall provide regular pay stubs with the appropriate deductions for taxes; The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name; nor shall the defendant use, for any purpose or in any manner, any name other than his/her true legal name or names without the prior written approval of the Probation Officer.

8.  The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer.  The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision; The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further re-disclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

9.  If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least <u>10% of defendant's gross monthly income, but not less than $25, whichever is greater</u>, during the period of supervised release.  These payments shall begin 30 days after the commencement of supervision.  Nominal restitution payments are ordered

**RE:     Alexsandr BERNIK**
        **Docket Number:  2:08CR00217-01**
        <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered; The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

**Justification:**  The releasee is currently in custody at FCI La Tuna in Anthony, New Mexico/Texas. He has a scheduled release date of May 31, 2013. Although he was sentenced in the Eastern District of California, he would like to relocate to the Central District of California.

A probation officer from the Cental District of California has investigated the relocation residence and found it acceptable. However, in order to better supervise the releasee in their district, they have proposed the three additional conditions of supervision listed above.

The releasee has agreed to the modifications of his conditions of supervision and signed a Waiver of Hearing to Modify Conditions. It is respectfully recommended the Court approve the above-listed conditions at which time the Central District of California will accept supervision of this case.

Respectfully submitted,

/s/ Kyriacos M. Simonidis

**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**
Telephone:  916 786-6147

RE: **Alexsandr BERNIK**
    **Docket Number:  2:08CR00217-01**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

DATED:   December 17, 2012

         Roseville, California

         KMS:jc

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

| 12/18/2012 | /s/ John A. Mendez |
|---|---|
| **Date** | **Signature of Judicial Officer** |

Jean Hobler, Assistant United States Attorney
Benjamin Galloway, Assistant Federal Defender
Defendant
Court File